**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

|  |  |
|---|---|
| In the Matter of<br>**BRIAN K. GRAY,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**MARLENE J. JOHNSTON, ROSALIND E. BOWIE, UNKNOWN NUMBER OF UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,**<br><br>                              **Defendants.** | Case Number:<br><br>**FILED: MAY 22, 2008**<br>**08CV2999                    AEE**<br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff BRIAN K. GRAY**

| NAME (Type or print) |
|---|
| **Irene K. Dymkar** |
| SIGNATURE |
| /s **Irene K. Dymkar** |
| FIRM |
| **Irene K. Dymkar** |
| STREET ADDRESS |
| **300 West Adams, Suite 330** |
| CITY/STATE/ZIP |
| **Chicago, IL 60606-5107** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **90785719** | **(312) 345-0123** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |