IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN K. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2999 |
| | ) | |
| v. | ) | |
| | ) | Judge Pallmeyer |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation
Counsel for the City of Chicago, moves for an extension of time up to and including July 14,
2008, to answer or otherwise plead to plaintiff's Complaint.  In support of this motion, the City
states as follows:

1. On May 22, 2008, plaintiff filed the current action, alleging constitutional and state
law violations against multiple defendants, including the City.

2. Plaintiff's Complaint and summons were served on the City on May 23, 2008.
The City is due to answer or otherwise plead by June 12, 2008.

3. Undersigned counsel was assigned this matter on June 5, 2008.

4. Counsel for the City has not yet begun the process of investigating the
allegations in plaintiff's Complaint.

5. Therefore, counsel for the City requests an extension of time to July 14, 2008, to
answer or otherwise plead to plaintiff's Complaint.

6. Undersigned counsel called plaintiff's counsel on June 9, 2008 to inform them of
this motion.  On June 10, 2008 plaintiff's counsel stated she had no objection to this motion.

7. This motion is the City's first request for an extension of time to answer or
otherwise plead.  This request is not made for the purpose of delay or for any other improper
purpose.

WHEREFORE, the City respectfully requests that this Court grant it an extension of time

up to an including July 14, 2008, to answer or otherwise plead to plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY:    /s/ Helen C. Gibbons
HELEN C. GIBBONS
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 10th day of June, 2008.


/s/ Helen C. Gibbons
HELEN C. GIBBONS