IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN K. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2999 |
| | ) | |
| v. | ) | |
| | ) | Judge Pallmeyer |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Pallmeyer, or before such other Judge sitting in her place or stead, on the 16th day of June, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 10th day of June 2008.

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:   /s/ Helen C. Gibbons

City of Chicago, Department of Law      HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020     Assistant Corporation Counsel
Chicago, Illinois 60602                 Attorney for Defendant City
(312) 742-3541