**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of:　　　　　　　　　　　　　　　　　Case Number: 08 C 2999

BRIAN GRAY

v.

CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marlene J. Johnston and Rosalind E. Bowie, Defendants

| | |
|---|---|
| **NAME (Type or print)**<br>Helen C. Gibbons | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>/s/ Helen C. Gibbons | |
| **FIRM**　City of Chicago Department of Law | |
| **STREET ADDRESS**　30 North LaSalle Street, Suite 1020 | |
| **CITY/STATE/ZIP**　Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6292881 | **TELEPHONE NUMBER**<br>(312) 742-3541 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　　NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |