IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN K. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2999 |
| | ) | |
| v. | ) | |
| | ) | Judge Pallmeyer |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

**DEFENDANTS JOHNSTON AND BOWIE'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Officers Johnston and Bowie, by their attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, moves for an extension of time up to and including July 14, 2008, to answer or otherwise plead to plaintiff's Complaint. In support of this motion, the City states as follows:

1. On May 22, 2008, plaintiff filed the current action, alleging constitutional and state law violations against multiple defendants, including the City.

2. Plaintiff's Complaint and summons were served on Officer Bowie on June 18, 2008 and she is due to answer or other wise plead by July 8, 2008. Plaintiff's Complaint and summons were served on Officer Johnston on June 19, 2008 and she is due to answer or to otherwise plead by July 9, 2008

3. Undersigned counsel was assigned this matter on June 5, 2008.

4. In the interest of efficiency counsel would like to maintain one schedule for all of the defendants.

5. Therefore, counsel requests an extension of time to July 14, 2008, to answer or otherwise plead to plaintiff's Complaint.

6. Undersigned counsel called plaintiff's counsel on June 26, 2008 to inform them of this motion.

7. This motion is the Officers' first request for an extension of time to answer or

otherwise plead. This request is not made for the purpose of delay or for any other improper purpose.

    WHEREFORE, Officers Johnston and Bowie respectfully requests that this Court grant it an extension of time up to an including July 14, 2008, to answer or otherwise plead to plaintiff's complaint.

                                Respectfully submitted,

                                MARA S. GEORGES
                              CORPORATION COUNSEL

              BY:    /s/ Helen C. Gibbons
                              HELEN C. GIBBONS
                              Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 27th day of June, 2008.


                                              /s/ Helen C. Gibbons
                                              HELEN C. GIBBONS