IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN K. GRAY,           )<br>                              )<br>      Plaintiff,          )<br>                              )<br>      v.                     )<br>                              )<br>CITY OF CHICAGO, et al.,   )<br>                              )<br>      Defendants.         )  | 08 C 2999<br><br>Judge Pallmeyer<br><br>Magistrate Judge Cox |

### NOTICE OF MOTION

To:   All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS JOHNSTON AND BOWIE'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Pallmeyer, or before such other Judge sitting in her place or stead, on the 3rd day of July, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 27th day of June 2008.

                                        MARA S. GEORGES
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                              BY:   /s/ Helen C. Gibbons
City of Chicago, Department of Law      HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020     Assistant Corporation Counsel
Chicago, Illinois  60602                Attorney for Defendant City
(312) 742-3541