## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2999 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Brian K. Gray vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Defendants Johnston and Bowie's motion for an extension of time to Answer or otherwise plead to Plaintiff's complaint [14] granted to and including 7/14/2008. Rule 16 conference set 7/28/2008 at 9:00 to stand.

Notices mailed by Judicial staff.

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |