**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRIAN K. GRAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 08 C 2999** |
| | ) | |
| **v.** | ) | **Judge: JUDGE PALLMEYER** |
| | ) | |
| **MARLENE J. JOHNSTON, ROSALIND E.** | ) | **Magistrate Judge Cox** |
| **BOWIE, UNKNOWN NUMBER OF** | ) | |
| **UNNAMED OFFICERS OF THE CHICAGO** | ) | |
| **POLICE DEPARTMENT, and CITY OF** | ) | |
| **CHICAGO,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

     **DATED** at Chicago, Illinois this 14 day of July, 2008.

                           MARA S. GEORGES
                           Corporation Counsel
                           of the City of Chicago

               BY:     /s/ Helen C. Gibbons____
                           HELEN C. GIBBONS
                           Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois  60602
(312) 742-3541
Attorney No. 6292881